IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY D. ALEXANDER,

    Petitioner,               No. CIV S-11-0103 WBS EFB P

    vs.

RAUL LOPEZ,

    Respondent.        ORDER

_____/

    Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 22, 2012, petitioner requested an extension of time to file objections to the undersigned's findings and recommendations, claiming that his prison is currently denying him access to the law library and the paging system.

    It is hereby ORDERED that petitioner's March 22, 2012 request for extension of time is granted and petitioner has fourteen days from the date of this order to file his objections.

DATED: March 29, 2012.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE