1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY D. ALEXANDER,

11          Petitioner,                No. CIV S-11-0103 WBS EFB P

12        vs.

13   RAUL LOPEZ,

14          Respondent.              ORDER

15   _____/

16        Petitioner is a state prisoner with counsel seeking a writ of habeas corpus.  *See* 28 U.S.C.

17   § 2254.  On March 22, 2012, petitioner requested an extension of time to file objections to the

18   undersigned's findings and recommendations, claiming that his prison is currently denying him

19   access to the law library and the paging system.

20        It is hereby ORDERED that petitioner's March 22, 2012 request for extension of time is

21   granted and petitioner has fourteen days from the date of this order to file his objections.

22   DATED:  March 29, 2012.

23

24   _____
     EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

25

26